# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 36 MM 2019
:
Respondent :
:
:
:
v. :
:
:
:
SEAN M. DONAHUE, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.